# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 23-14552-MAM
  Chapter 11

PERSHARD INVESTMENTS, LLC,

  Debtor  /

## MOTION TO USE CASH COLLATERAL AND REQUEST FOR EXPEDITED HEARING

Expedited hearing requested due to need for immediate use of cash collateral

COMES NOW the Debtor, PERSHARD INVESTMENTS, LLC, by and through undersigned counsel, and files this motion pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 4001 to use cash collateral, and states:

1. The Debtor filed a voluntary petition under chapter 11 on June 12, 2023.

2. The Debtor owns and operates two Great Clip franchise locations.

3. The salons are operated in leased locations at 143 ½ N Congress Ave, Ste 22, Boynton Beach, FL 33426 and 2260 N Congress Ave, Boynton Beach, FL 33426.

4. Wells Fargo holds a security interest in all of the Debtor's assets including all accounts, receivables, future, fixtures, equipment, etc.

5. Navitas holds a security interest in all of the Debtor's assets including all accounts, receivables, future, fixtures, equipment, etc. at the 143 ½ N Congress Ave, Ste 22 location.

6. The estimated value of the secured assets at the time of the filing of the case was approximately $6,000.00.

7. The Debtor was experiencing a reduction in sales and entered into loan agreements with lenders that provided capital but required daily payments which the Debtor was unable to afford.

8. The automatic stay has allowed the Debtor to cease making these daily payments and to better manage its affairs. The Debtor is hopeful that all creditors can be paid in full with a reorganization.

9. Currently, the Debtor generates approximately $57,600.00 per month in income. The necessary expenses are approximately $52,404.00.

10. Included within the budget is the amount of $1,000 per month to pay towards the Subchapter V Trustee's fees and $1,000 per month to pay towards the Debtor's attorney's fees. It is requested that this amount be placed in Brian K. McMahon, P.A. Trust Account and held until further order of this Court.

11. The Debtor requests the use of cash collateral to continue to maintain the business.

12. The Debtor will adhere to the budget.

WHEREFORE the Debtor respectfully requests that the Court permit the use of cash collateral for the purpose of paying necessary expenses and to set aside funds for the payment of the Subchapter V Trustee fees and the attorney for the Debtor fees.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth and Local Rules 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically and via U.S. Mail to all parties on the mailing matrix this 14th day of June, 2023.

BRIAN K. MCMAHON, P.A.
1401 Forum Way, Suite 730
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
Email: briankmcmahon@gmail.com

By: */s/ Brian K. McMahon*
Brian K. McMahon
FBN: 0853704